IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LISA KOPF, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | NO. CIV-15-0361-HE |
| ) | |
| RANDALL EDWARDS, as Sheriff of ) | |
| Canadian County, ) | |
| ) | |
| Defendant. ) | |

## VERDICT FORM

We, the jury, duly empaneled and sworn in the above-entitled cause, upon our oaths find as follows:

**(Complete either A or B)**

A. _____  We find in favor of plaintiff Lisa Kopf and against defendant Randall Edwards and award plaintiff compensatory damages in the amount of

$_____.

**or**

B. __✓__  We find in favor of defendant Randall Edwards, in his capacity as Sheriff of Canadian County, and against plaintiff Lisa Kopf.

Dated this 16th day of June, 2016.

_Mark S. Anderson_
FOREPERSON