### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LISA KOPF,                                       )<br>                                                          )<br>           Plaintiff,                          )<br>vs.                                                  )<br>                                                          )<br>BOARD OF COUNTY COMMISSIONERS)<br>OF THE COUNTY OF CANADIAN, <u>ex</u> <u>rel</u>.)<br>                                                          )<br>           Defendants.                      ) | NO.  CIV-15-0361-HE |

### JUDGMENT

In accordance with the court's order of June 1, 2016, and the jury verdict returned this date, judgment is entered in favor of the defendants, and against plaintiff Lisa Kopf, as to all claims.

**IT IS SO ORDERED**.

Dated this 16th day of June, 2016.

_____
JOE HEATON
CHIEF U.S. DISTRICT JUDGE